B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**La Villita Motor Inns JV** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2102569** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 La Villita Street**<br>**San Antonio, TX**<br>ZIP CODE **78205** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below.)
  **Joint Venture**

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box: Chapter 11 Debtors
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.77.2, ID 3387754876)*

| Voluntary Petition | Name of Debtor(s): La Villita Motor Inns JV |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                                        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): La Villita Motor Inns JV

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X_____
Debra L. Innocenti           Bar No. 24046135

Oppenheimer, Blend, Harrison & Tate Inc
711 Navarro St, 6th Floor
San Antonio, TX 78205

Phone No. (210) 224-2000     Fax No._____

12/17/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

La Villita Motor Inns JV

X_____
Signature of Authorized Individual

Irfan Valla
Printed Name of Authorized Individual

Director of Operations
Title of Authorized Individual

12/17/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: La Villita Motor Inns JV　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GSMS-1991-C1<br>c/o James G. Ruiz<br>Winstead<br>401 Congress Ave., Suite 2100<br>Austin, TX 78701 | | ? | Disputed | $6,052,000.00<br>Value: $0.00 |
| Outsourcing Inspirion<br>Inspirion Group<br>P.O. Box 2025<br>Tyler, TX 75710 | | Wages | | $40,000.00 |
| Howard Johnson Franchise System<br>15013 Collection Center Dr.<br>Chicago, IL 60693 | | Services | | $30,909.65 |
| City of San Antonio Hotel Occupancy Tax<br>Finance Dept., Treasury Div.<br>San Antonio, TX 78283-3975 | | City OCC Taxes | | $18,602.32 |
| State of Texas<br>P.O. Box 13528<br>Austin, TX 78711 | | OCC Taxes | | $12,381.79 |
| Bobby Duran<br>461 Long Meadow<br>Spring Branch, TX 78070 | | Services | | $7,000.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: La Villita Motor Inns JV

Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vizergy<br>P.O. Box 551459<br>Jacksonville, FL 32255-1459 | | Services | | $6,822.64 |
| Valla Investments, LLC<br>12920 Framingham Court<br>Tampa, FL 33626 | | Services | | $4,166.66 |
| Bexar County Tax Assessor-Collector<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 | | Taxes | | $3,616.89 |
| Essential Ammenities<br>208 Passaic Ave.<br>Fairfield, NJ 07004 | | Services | | $3,261.82 |
| Gulf Coast Paper Co.<br>P.O. Box 4227<br>Victoria, TX 77903 | | Services | | $2,318.33 |
| State Comptroller of Public Accounts<br>Revenue Acctg Div-Bankruptcy Sec<br>P.O. Box 1358<br>Austin, TX 78711 | | Hotel Taxes | | $2,195.89 |
| HEI Systems & Solutions LLC<br>1100 NW Loop 410, Suite 611<br>San Antonio, TX 78213 | | Services | | $2,186.66 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: La Villita Motor Inns JV           Case No.

                                          Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| H&E Equipment Services<br>5433 Randolph Blvd.<br>San Antonio, TX 78233 | | Services | | $2,115.60 |
| Wortham Insurance<br>P.O. Box 795008<br>San Antonio, TX 78279 | | Insurance | | $1,531.84 |
| Prime Services Uniforms<br>1342 W. Villaret Blvd.<br>San Antonio, TX 78224 | | Products | | $1,493.37 |
| Office Depot<br>PO Box 70025<br>Los Angeles, CA 90074-0025 | | Products | | $1,455.33 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | Services | | $1,248.44 |
| Ecolab Center<br>PO Box 70343<br>Chicago, IL 60673-0343 | | Services | | $1,199.55 |
| Pages Printing<br>113 Colglazier<br>San Antonio, TX 78223 | | Services | | $989.88 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: La Villita Motor Inns JV

Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Director of Operations** of the **Joint Venture** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/17/2010

Signature: *Irfan Valla*
Director of Operations

# CERTIFICATE OF UNANIMOUS RESOLUTIONS
# OF THE JOINT VENTURERS OF LA VILLITA MOTOR INNS J.V.

The undersigned, being all of the joint venturers (the "Joint Venturers") of La Villita Motor Inns, J.V., a joint venture organized and existing under the laws of the State of Texas (the "Company"), do hereby certify that the following is a true and correct copy of certain resolutions unanimously adopted by the Joint Venturers of the Company, in lieu of a special meeting, in accordance with Texas law and the Joint Venture Agreement (the "Agreement") of said Company, on the 17th of December, 2010, and that such resolutions are now in full force and effect and are not in contravention of, or in conflict with the Agreement of the Company.

WHEREAS, the Joint Venturers consulted with the management and advisors of the Company regarding the liabilities and assets of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Joint Venturers have had the opportunity to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, in the judgment of the Joint Venturers of the Company, it is desireable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition be filed on behalf of the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"); and

NOW THEREFORE, BE IT

RESOLVED, that Irfan Valla, the Company's Director of Operations, is hereby authorized, directed and empowered, on behalf of and in the name of the Company, as a designated principal (the "Designated Principal") to execute and verify petitions in the name of the Company under chapter 11 ("Chapter 11") of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Principal shall determine; and be it

RESOLVED FURTHER, that the Designated Principal hereby is further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company and upon such time as the Designated Principal believes such filing is in the best interest of the Company, its creditors and other parties in interest; and be it

RESOLVED FURTHER, that the Designated Principal is hereby authorized, directed, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Oppenheimer, Blend, Harrison & Tate, Inc., 711 Navarro, Suite 600, San Antonio, Texas 78205, ("OBHT"), as general restructuring counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company; and in connection therewith, the Designated Principal is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

**UNANIMOUS RESOLUTIONS**
C:\Users\ljimenez\AppData\Local\Microsoft\Windows\Temporary Internet Files\Low\Content.IE5\DX84KPGY\DLI0001494V001[1].doc

1

immediately upon filing of the Chapter 11 petitions and cause to be filed an appropriate application for authority to retain the services of OBHT; and be it

RESOLVED FURTHER, that the Designated Principal, or any one of the Joint Venturers be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to employ and retain such further legal, financial accounting, and bankruptcy services firms (together with OBHT, the "Professionals") as may be deemed necessary or appropriate by the Designated Principal for the Chapter 11 case; and be it

RESOLVED FURTHER, that the Company, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be, and hereby is, authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by the Designated Principal, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company; and be it

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Designated Principal, each of the Joint Venturers of the Company or their designees shall be, and each of them, acting along, hereby is authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Joint Venturer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Designated Principal or any of the Professionals to seek relief on behalf of the Company under Chapter 11 or in connection with such case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and be it

RESOLVED FURTHER, that the Designated Principal and Joint Venturers be, and each of them hereby is, authorized and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, or other writings referred to in the foregoing resolutions.

IN WITNESS WHEREOF, I have subscribed my name as a Joint Venturer of La Villita Motor Inns, J.V., this 17th of December, 2010.

*[Signature page to follow.]*

**UNANIMOUS RESOLUTIONS**
C:\Users\ljimenez\AppData\Local\Microsoft\Windows\Temporary Internet Files\Low\Content.IE5\DX84KPGY\DLI0001494V001[1].doc

2

_[signature]_

S.A. SUNVEST HOTELS, INC.
By Irfan Valla

Its __Vice President__

_[signature]_

EXECUTIVE MOTELS OF SAN ANTONIO, INC.,
Managing Venturer
By Irfan Valla

Its __Vice President__

**UNANIMOUS RESOLUTIONS**
C:\Users\ljimenez\AppData\Local\Microsoft\Windows\Temporary Internet Files\Low\Content.IE5\DX84KPGY\DLI0001494V001[1].doc

3