B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  La Villita Motor Inns JV

Case No.    **10-54864-rbk**

Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $13,000,000.00 | | |
| B - Personal Property | Yes | 4 | $4,527,251.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $6,052,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $36,796.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $95,670.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 24 | $17,527,251.00 | $6,184,467.84 | |

B6A (Official Form 6A) (12/07)

In re  La Villita Motor Inns JV                                    Case No.    10-54864-rbk
                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Land and improvements (including hotel building and parking garage) located at 100 Villita St., San Antonio, TX  78205, as more particularly described in Exhibit A.  *$13,000,000.00 Value - December 2010 Appraisal by Colliers PKF Consulting USA | Property Owned | | $13,000,000.00 | $6,052,000.00 |
| | | Total: | $13,000,000.00 | |
| | | | (Report also on Summary of Schedules) | |

## EXHIBIT A

### Legal Description

A 0.5285 of an acre tract of land, more or less, out of Lot 6-A, New City Block 118, locted at the Southeast Intersection of Main Plaza and Villita Street and located in the City of San Antonio; said 0.5285 acre parcel of land being more particularly described by field notes to warranty deed dated April 15, 1980, recorded in Volume 1915, Page 904, Real Property Records of Bexar County, Texas as follows:

Beginning at a point marked by a found "X" on concrete at the point of intersection of the East right-of-way line of Main Plaza and the South right-of-way line of Villita Street for the Northwest corner of herein described tract;

THENCE, South 81 degrees 54 minutes 00 seconds East, 110.93 feet along said South right-of-way line of Villita Street to a found "X" marked on concrete;

THENCE, South 71 degrees 38 minutes 00 seconds East, 29.35 feet along said South right-of-way line of Villita Street to a found "X" marked on concrete for the Northeast corner of this tract;

THENCE South 06 degrees 57 minutes 00 seconds East, 144.40 feet along the West line of the San Antonio River to a found "X" marked on concrete for the Southeast corner of this tract;

THENCE North 82 degrees 50 minutes 19 seconds West, 177.32 feet along a line to a found concrete nail, on said East right-of-way line of Main Plaza for the Southwest corner of this tract;

THENCE North 08 degrees 06 minutes 00 seconds East, 147.58 feet along said Main Plaza East right-of-way line to the POINT OF BEGINNING and containing 0.5285 acres of an acre (23,021.46 S.F.)tract of land, more or less.

EXHIBIT A
SCHEDULE A

LV 00732

B6B (Official Form 6B) (12/07)

In re  **La Villita Motor Inns JV**                                      Case No.   **10-54864-rbk**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | $4,300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Name of Bank:  Frost Bank<br>Account #'s:<br>01-0343013 - Operating Account<br>01-7529252 - Reserve Account<br>01-0464228 - Checking Account<br>01-0397938 - T/A Commissions Account | $28,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SAWS - San Antonio Water System Deposit | $550.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furnishings of all 129 rooms, plus manager's apartment (rooms were remodeled and refurbished in 2008; Valuation represents a 50% discount of the purchase price of room furnishings).  Furnishings more particularly described at Exhibit B. | $2,730,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Lending library and art<br>(Purchased October 2010 for approximately $10,000.00; Valuation represents 50% depreciation of purchase price) | $5,000.00 |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  La Villita Motor Inns JV

Case No.   10-54864-rbk
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Account receivables from direct bills, and credit cards | $58,901.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **La Villita Motor Inns JV**                                    Case No.  **10-54864-rbk**
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  La Villita Motor Inns JV
Case No.  <u>10-54864-rbk</u>
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Exterior fixtures, pool, office equipment, lobby furniture, F&B, hallways. | $950,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Elevator, HVAC | $500,000.00 |
| 30. Inventory. | | Guest supplies, linen, liquor inventory. | $100,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Meeting spaces | $150,000.00 |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >   **$4,527,251.00**



*Riverwalk Plaza*

HOTEL & SUITES

## Room Inventory*
*Based off room 410 King Leasure

Crown molding ~ 90'
Base trim ~ 90'
Wall Paper ~ 530.5 ft²
Interior brick ~ 228 ft²
Carpet ~ 175 ft²
Stone Flooring ~ 123 ft²
Ceiling tiles ~ 300 ft²
Ceiling Grid ~ 408'
King Bed Mattress
King bed box frame
King Bed metal frame
King bed headboard
King bed sheets
King bed comforter
King bed overhang (fabric to cover metal frame)
4 sleeping pillows
3 designer pillows
Writing desk
Desk lamp X 3
Floor Lamp X 2
Granite Top Night stand X 2
Granite Top End table X 1
Granite Top TV Stand X 1
Granite top bathroom vanity
Granite Top mini kitchenette table
Leather Chair
Desk Chair
Flat Screen TV
Remote Control
Guest Directory 8.5"x11" booklet
Guest Directory doublesided 8.5"x11" color pages x 16
Black out curtains x 4 ~ 144 ft²
Light Curtains x 4 ~ 144 ft²
Designer Curtain endcaps x 4 ~ 64 ft²
Designer curtain top x 2~ 27 ft²
Curtain track ~ 44 ft²
4" Granite Window sill ~ 18 ft²
Ceiling Light Fixtures x 4
Light Switches x 3
Wall Outlets x 8
CAT5 Outlet x 1
Closet Doors

EXHIBIT B
SCHEDULE B.4

Bathtub ~ 15 ft²
Bathtub faucet set
Bathroom veneer stone ~ 60 ft²
Deluxe and removable shower heads
Bathroom Sink faucet set
Bathroom Sink
Safe
Microwave
Coffee Maker
Iron & Board cabinet
Iron & Board
A/C digital Controller
A/C Ducts
A/C Unit
A/C Vent
A/C Intake
Towel Rack
Towels
Lighted Make-up Mirror
Trash cans x 3
Low-flush toilet
Toilet paper holder
Handicap shower bar
Soap dish holder
Tommy Bahama line bathroom amenities
Hotel Telephone
Ice bucket
Glasses x 3
Coffee mugs x 2
Closet bar
Hotel Closet hangers x 11
Closet shelf
Luggage rack
Hair dryer
Shower curtain
Shower curtain rod
Bathroom light fixture x 2
Mirror 2' x 5'
Mirror 2.5' x3.75'
Mirror 2.5 ' x 3'
Mirror 4' x 3'
Art 3' x 3'  | x 2
Art 2' x 2'
Smoke Detector
Light bulb x 9
Digital clock
Door to room
Vingcard door lock system

B6C (Official Form 6C) (4/10)

In re  **La Villita Motor Inns JV**                                    Case No.   **10-54864-rbk**
                                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)
In re   La Villita Motor Inns JV                                     Case No.   10-54864-rbk
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx xxxx xxxxx9934<br><br>GSMS-1991-C1<br>c/o James G. Ruiz<br>Winstead<br>401 Congress Ave., Suite 2100<br>Austin, TX  78701 | X | DATE INCURRED:  10/1/1998<br>NATURE OF LIEN:<br>?<br>COLLATERAL:<br>Mortgage<br>REMARKS:<br>NOTE:  Debtor has not completed evaluation of validity of lender's security documents.  Accordingly, the amount listed for the unsecured portion includes full value of claim to |  |  | X | $6,052,000.00 | $6,052,000.00 |
|  |  | avoid any  allegations of waiver, estoppel, or admissions against interest. |  |  | X |  |  |
|  |  | VALUE:                              $0.00 |  |  |  |  |  |
| | | Subtotal (Total of this Page) > | | | | $6,052,000.00 | $6,052,000.00 |
| | | Total (Use only on last page) > | | | | $6,052,000.00 | $6,052,000.00 |

_____No_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re   **La Villita Motor Inns JV**                                    Case No.   **10-54864-rbk**
_____                                          _____
                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____3_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  La Villita Motor Inns JV

Case No.  **10-54864-rbk**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Outsourcing Inspirion<br>Inspirion Group<br>P.O. Box 2025<br>Tyler, TX 75710 | | DATE INCURRED: **12/1 - 12/9/10**<br>CONSIDERATION:<br>**Wages**<br>REMARKS:<br>**Wages from 12/1/10 - 12/9/10**<br><br>**NOTE:  Paid pursuant to Court**<br><br>Order [Docket No. 24] | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___3___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re  La Villita Motor Inns JV
Case No.   10-54864-rbk
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bexar County Tax Assessor-Collector**<br>P.O. Box 839950<br>San Antonio, TX  78283-3950 | | DATE INCURRED: 11/30/10<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**As of 11/30/10 MTD November -<br>3,006.07;<br>As of 12/6/10 MTD December -**<br><br>610.82 | | | | $3,616.89 | $3,616.89 | $0.00 |
| ACCT #:<br>**City of San Antonio Hotel Occupancy Tax**<br>Finance Dept., Treasury Div.<br>San Antonio, TX  78283-3975 | | DATE INCURRED: 11/30/10<br>CONSIDERATION:<br>**City OCC Taxes**<br>REMARKS:<br>**As of 11/30/10 - Mtd November -<br>15,460.21;<br>As of 12/6/10 - Mtd December -**<br><br>3,142.11 | | | | $18,602.32 | $18,602.32 | $0.00 |
| ACCT #:<br>**State Comptroller of Public Accounts**<br>Revenue Acctg Div-Bankruptcy Sec<br>P.O. Box 1358<br>Austin, TX  78711 | | DATE INCURRED: 11/30/10<br>CONSIDERATION:<br>**Hotel Taxes**<br>REMARKS:<br>**Sales - As of 11/30/10 MTD<br>November - 1,462.33;<br>Phone - As of 12/6/10 MTD<br><br>December - 733.56** | | | | $2,195.89 | $2,195.89 | $0.00 |

Sheet no. ___2___ of ___3___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $24,415.10 | $24,415.10 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re **La Villita Motor Inns JV**

Case No. **10-54864-rbk**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**State of Texas**<br>P.O. Box 13528<br>Austin, TX 78711 | | DATE INCURRED: **11/30/10**<br>CONSIDERATION:<br>**OCC Taxes**<br>REMARKS:<br>**As of 11/30/10 MTD November - $10,307.61;**<br>**As of 12/6/10 MTD December -** | | | | $12,381.79 | $12,381.79 | $0.00 |
| | | **$2,074.18** | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $12,381.79 | $12,381.79 | $0.00 |
| Total > | $36,796.89 | | |

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| | | |
|---|---|---|
| Totals > | | $36,796.89 | $0.00 |

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **La Villita Motor Inns JV**                                    Case No.   **10-54864-rbk**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ABC Pest & Lawn Services**<br>**10644 IH 35 North**<br>**San Antonio, TX 78233** | | DATE INCURRED:  **Oct - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $522.52 |
| ACCT #:<br>**Allied Waste Services #859**<br>**San Antonio Commercial**<br>**P.O. Box 78829**<br>**Phoenix, AZ 85062-8829** | | DATE INCURRED:  **December 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $462.84 |
| ACCT #:<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**American Express Centurion**<br>**c/o The Optima Account**<br>**P.O. Box 3630002**<br>**Fort Lauderdale, FL 33336-0002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**American Hotel Register Co.**<br>**16458 Collection Center Dr.**<br>**Chicago, IL 60693** | | DATE INCURRED:  **11/12/10**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $171.23 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197-5001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |

Subtotal >  $1,156.59

Total >

_____  **8**  _____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   La Villita Motor Inns JV                                     Case No.   10-54864-rbk
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Baker Distributing Co., Inc.<br>P.O. Box 848459<br>Dallas, TX 75284-8459 | | DATE INCURRED:  November 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $103.96 |
| ACCT #:<br>Bobby Duran<br>461 Long Meadow<br>Spring Branch, TX 78070 | | DATE INCURRED:  December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $3,500.00 |
| ACCT #:<br>Capmark Finance, Inc.<br>Code 700, Library A<br>116 Welsh Rd.<br>Horsham, PA 19044 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Carrier South Texas<br>P.O. Box 93844<br>Chicago, IL 60673 | | DATE INCURRED:  December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $993.81 |
| ACCT #:<br>Central SEC & Investigations<br>Suite 217<br>6836 San Pedro Ave.<br>San Antonio, TX 78216 | | DATE INCURRED:  August 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $2,716.65 |
| ACCT #:<br>Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |

Sheet no. ___1___ of ___8___ continuation sheets attached to                         Subtotal >     $7,314.42
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                       (Use only on last page of the completed Schedule F.)
                               (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   La Villita Motor Inns JV                                    Case No.   10-54864-rbk
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Cintas Corporation #087<br>P.O. Box 200147<br>San Antonio, TX 78220-0147 | | DATE INCURRED: December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $244.28 |
| ACCT #:<br>Cisco Systems Capital CRP<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | DATE INCURRED: December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $712.92 |
| ACCT #:<br>Citi Cards<br>P.O. Box 182564<br>Columbus, OH 43218-2564 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Citibusiness Card<br>P.O. Box 6418<br>The Lakes, NV 88901-6418 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>City of San Antonio<br>Financial Services Division<br>PO Box 1328<br>San Antonio, TX 78295 | | DATE INCURRED: December 2010<br>CONSIDERATION:<br>Taxes<br>REMARKS: | | | | $18,764.35 |
| ACCT #:<br>City Public Service<br>PO Box 2678<br>San Antonio, TX 78289 | | DATE INCURRED: December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $2,466.63 |

Sheet no.  2  of  8  continuation sheets attached to                            Subtotal >      $22,188.18
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    La Villita Motor Inns JV                                     Case No.  __10-54864-rbk__
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Coca-Cola Enterprises<br>P.O. Box 840232<br>Dallas, TX 75284-0232 | | DATE INCURRED: **November 2010**<br>CONSIDERATION:<br>**Products**<br>REMARKS: | | | | $306.00 |
| ACCT #:<br>Discover Platinum Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Dunbar Armored<br>P.O. Box 64115<br>Baltimore, MD 21264-4115 | | DATE INCURRED: **December 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $225.49 |
| ACCT #:<br>Ecolab Center<br>PO Box 70343<br>Chicago, IL 60673-0343 | | DATE INCURRED: **Nov. - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,556.81 |
| ACCT #:<br>Essential Ammenities<br>208 Passaic Ave.<br>Fairfield, NJ 07004 | | DATE INCURRED: **Oct. - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $4,044.00 |
| ACCT #:<br>Fran True<br>2208 Encino Cliff<br>San Antonio, TX 78259 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |

Sheet no. ___3___ of ___8___ continuation sheets attached to                                    Subtotal >          $7,132.30
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                 Total >
                                                        (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **La Villita Motor Inns JV**                                    Case No.    **10-54864-rbk**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gulf Coast Paper Co.**<br>P.O. Box 4227<br>Victoria, TX 77903 | | DATE INCURRED: **Oct. - Nov. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,318.33 |
| ACCT #:<br>**H&E Equipment Services**<br>5433 Randolph Blvd.<br>San Antonio, TX 78233 | | DATE INCURRED: **November 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,115.60 |
| ACCT #:<br>**HD Supply Facilities Maintenance**<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | DATE INCURRED: **November 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,248.44 |
| ACCT #:<br>**HEI Systems & Solutions LLC**<br>1100 NW Loop 410, Suite 611<br>San Antonio, TX 78213 | | DATE INCURRED: **Nov. - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,186.66 |
| ACCT #:<br>**Hospitality Mints**<br>PO Box Drawer 3140<br>Boone, NC 28607 | | DATE INCURRED: **11/30/10**<br>CONSIDERATION:<br>**Products**<br>REMARKS: | | | | $451.50 |
| ACCT #:<br>**Howard Johnson Franchise System**<br>15013 Collection Center Dr.<br>Chicago, IL 60693 | | DATE INCURRED: **May - Aug. 2009**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $30,909.65 |

Sheet no. ___4___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $39,230.18

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **La Villita Motor Inns JV**          Case No.  **10-54864-rbk**
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**J-Quad Electrical Services**<br>P.O. Box 101137<br>San Antonio, TX 78201 | | DATE INCURRED: **December 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $125.00 |
| ACCT #:<br>**Mitchell Time & Parking**<br>4806 North IH 35<br>Austin, TX 78751 | | DATE INCURRED: **December 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $108.13 |
| ACCT #:<br>**Mustang Enterprises, Ltd.**<br>1238 W. Laurel<br>San Antonio, TX 78201-6341 | | DATE INCURRED: **11/19/10**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $181.36 |
| ACCT #:<br>**P.K. Pirani**<br>1819 Bellevue Ave., Suite 400<br>West Vandouver, BC<br>CANADA V7V 1B2 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Pages Printing**<br>113 Colglazier<br>San Antonio, TX 78223 | | DATE INCURRED: **10/22/10**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $989.88 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,404.37

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __La Villita Motor Inns JV__  Case No. __10-54864-rbk__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Prime Services Uniforms<br>1342 W. Villaret Blvd.<br>San Antonio, TX 78224 | | DATE INCURRED: Nov. - Dec. 2010<br>CONSIDERATION:<br>Products<br>REMARKS: | | | | $1,493.37 |
| ACCT #:<br>Sabre Hospitality Solutions<br>2187 Newcastle Ave., #101<br>Cardiff, CA 92007 | | DATE INCURRED: October 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $574.97 |
| ACCT #:<br>San Antonio Water System<br>PO Box 2990<br>San Antonio, TX 78299-2990 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>State Treasurer<br>TX Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774-0100 | | DATE INCURRED: 2010<br>CONSIDERATION:<br>Taxes<br>REMARKS: | | | | $1,065.43 |
| ACCT #:<br>Sunshine Distributors<br>PO Box 120425<br>San Antonio, TX 78212 | | DATE INCURRED: December 2010<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $120.96 |

Sheet no. __6__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $3,254.73

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **La Villita Motor Inns JV**                                          Case No.   **10-54864-rbk**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Hotel & Lodging Assn.**<br>**1701 West Avenue**<br>**Austin, TX 78701** | | DATE INCURRED:  **July - Oct. 2009**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $458.16 |
| ACCT #:<br>**Texas Hotel & Lodging Association**<br>**1701 West Avenue**<br>**Austin, TX 78701** | | DATE INCURRED:  **7/1/09, etc.**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $458.16 |
| ACCT #:<br>**Travelclick.net**<br>**300 N. Martindale, Suite 500**<br>**Schaumburg, IL 60173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>**U.S. Dept. of Justice**<br>**United States Attorney**<br>**601 NW. Loop 410, Suite 600**<br>**San Antonio, TX 78216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave., N.W.**<br>**Washington, DC 20530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**United States Trustee**<br>**P.O. Box 1539**<br>**San Antonio, TX 78295-1539** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |

Sheet no. ___7___ of ___8___ continuation sheets attached to                                    Subtotal >        $916.32
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                               (Use only on last page of the completed Schedule F.)
                                                        (Report also on Summary of Schedules and, if applicable, on the
                                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **La Villita Motor Inns JV**                                      Case No.   **10-54864-rbk**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Valla Investments, LLC**<br>**12920 Framingham Court**<br>**Tampa, FL 33626** | | DATE INCURRED:  **Nov. - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $4,166.66 |
| ACCT #:<br>**Vizergy**<br>**P.O. Box 551459**<br>**Jacksonville, FL 32255-1459** | | DATE INCURRED:  **Nov. - Dec. 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $6,854.63 |
| ACCT #:<br>**Voss Lighting**<br>**P.O. Box 22159**<br>**Lincoln, NE  68542-2159** | | DATE INCURRED:  **November 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $325.73 |
| ACCT #:<br>**Watson Investigation & Process**<br>**3530 Hunt Wick Lane**<br>**San Antonio, TX  78230** | | DATE INCURRED:  **December 2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $195.00 |
| ACCT #:<br>**Wortham Insurance**<br>**P.O. Box 795008**<br>**San Antonio, TX  78279** | | DATE INCURRED:  **January 2008**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $1,531.84 |
| | | | | | | |

Sheet no.    **8**    of    **8**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $13,073.86 |
|---|---|---|
|  | Total > | $95,670.95 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  La Villita Motor Inns JV                                    Case No.   10-54864-rbk
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **A&E Pest Control**<br>12131 Victoria Oaks<br>San Antonio, TX  78253 | Pest control services agreement<br>Contract to be ASSUMED |
| **ADT Security Services, Inc.**<br>140 Heimer, Suite 100<br>San Antonio, TX  78232 | Security services agreement<br>Contract to be ASSUMED |
| **BFI Waste Services of Texas**<br>dba Allied Waste Services<br>PO Box 78229<br>Phoenix, AZ  85062-8829 | Waste services agreement<br>Contract to be REJECTED |
| **Carrier Commercial Services**<br>P.O. Box 93844<br>Chicago, IL  60673 | Air-conditioner maintenance and service agreement<br>Contract to be ASSUMED |
| **Cintas Corporation**<br>97627 Eagle Way<br>Chicago, IL  60678-7627 | Uniform rental agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **La Villita Motor Inns JV**                        Case No.  **10-54864-rbk**
                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cisco Systems Capital Corporation**<br>P.O. Box 41602<br>Philadelphia, PA  19101-1602 | Lease of wireless and smartnet routers<br>Contract to be ASSUMED |
| **Custom Pest & Lawn Services**<br>10644 IH 35 North<br>San Antonio, TX  78233 | Subterranean Termite Control and Re-treatment Agreement<br>Contract to be ASSUMED |
| **Dunbar Armored**<br>P.O. Box 64115<br>Baltimore, MD  21264-4115 | Security service agreement<br>Contract to be ASSUMED |
| **HEI Systems & Solutions LLC**<br>1100 NW Loop 410, Suite 611<br>San Antonio, TX  78213 | IT management agreement<br>Contract to be ASSUMED |
| **Howard Johnson International**<br>15013 Collection Center Dr.<br>Chicago, IL  60693 | License agreement<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **La Villita Motor Inns JV**

Case No.  __10-54864-rbk__
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Inspirion Group**<br>PO Box 2350<br>Boerne, TX  78006 | Payroll administration agreement<br>Contract to be ASSUMED |
| **Logix Communications**<br>PO Box 3608<br>Houston, TX  77253-3608 | Telephone services agreement<br>Contract to be ASSUMED |
| **Oppenheimer Blend Harrison & Tate Inc.**<br>711 Navarro, Sixth Floor<br>San Antonio, TX  78205 | Legal services engagement letter<br>Contract to be ASSUMED |
| **Otis Elevator Company**<br>PO Box 730400<br>Dallas, TX  75373-0400 | Elevator service and maintenance agreement<br>Contract to be ASSUMED |
| **Pitney Bowes Global Financial**<br>P.O. Box 371887<br>Pittsburgh, PA  15250-7887 | Communication equipment lease agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **La Villita Motor Inns JV**                                      Case No.    **10-54864-rbk**
                                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Time Warner Cable San Antonio LP** 1900 Blue Crest Lane P.O. Box 460849 San Antonio, TX 78246 | Bulk video services agreement Contract to be ASSUMED |
| **Toast to Toast LLC** 100 La Villita Street San Antonio, TX 78205 | Restaurant, bar, coffee shop and banquet facilities lease agreement Contract to be ASSUMED |
| **Travelclick.com** 300 N. Martingdale, Suite 500 Schaumburg, IL 60173 | Services agreement Contract to be REJECTED |
| **Vizergy** P.O. Box 551459 Jacksonville, FL 32255-1459 | Reservation and electronic representation services Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **La Villita Motor Inns JV**

Case No. __10-54864-rbk__
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Liaquat Pirani**<br>(Guarantor)<br>100 Villita Street<br>San Antonio, TX 78205 | **GSMS-1991-C1**<br>c/o James G. Ruiz<br>Winstead<br>401 Congress Ave., Suite 2100<br>Austin, TX 78701 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **La Villita Motor Inns JV**

Case No.  **10-54864-rbk**

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Director of Operations**_____ of the _____**Joint Venture**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **1/3/2011**_____

Signature __**/s/ Irfan Valla**_____

**Irfan Valla**
**Director of Operations**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*